**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of Valley Entertainment, Inc. v. Wendi | Case Number:<br>FILED: JUNE 17, 2008<br>08CV3470<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE MASON<br>TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Valley Entertainment, Inc.

| |
|---|
| NAME (Type or print)<br>Bradley Daniel Birgé |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ |
| FIRM Bradley Daniel Birgé, P.C. |
| STREET ADDRESS 217 North Jefferson Street |
| CITY/STATE/ZIP Chicago, Illinois 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6194647 | TELEPHONE NUMBER 312 327-3408 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐