UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Valley Entertainment Inc.
                              Plaintiff,

v.                                                  Case No.: 1:08−cv−03470
                                                    Honorable Samuel Der−Yeghiayan

Wendi Friesen, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing called. No one appeared on behalf of the Plaintiff on the Court's noticed status hearing. Status hearing set for 08/20/08 at 9:00 a.m. Counsel for the Plaintiff is warned that failure to appear on a Court's noticed status hearing may result in a dismissal of the action for want of prosecution pursuant to Local Rule 41.1. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.