**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Valley Entertainment Inc.
                           Plaintiff,

v.                                            Case No.: 1:08–cv–03470
                                                  Honorable Samuel Der–Yeghiayan

Wendi Friesen, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan: Status hearing held and continued to 11/20/08 at 9:00 a.m. Counsel for Plaintiff appeared and reported to the Court that Defendants will be waiving service. Plaintiff shall file the appropriate waivers of service with the Clerk of Court once they are returned. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.